**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 5/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDEAVILLAGE PRODUCTS CORP.,

                Plaintiff,

      v.

OHMYGOD 1, *et al.*,

                Defendants.

---

No. 18-CV-9999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 5, 2020, the Clerk of Court entered a certificate of default against Defendants otp, OUT, Outdoor Leisure Sports Shop, pasttan, PCOCO, per, pinlilili, Qingsha's Store, qiuqiudexiaowu, ruanmedexiaodian, RuiTong Market, SanMing XueYuan 002, SF TIMES, shenzhen oneshow technolohy Ltd.com, shenzhenshizhuorihangkejiyouxiangongsi, SHHBHBLC, shoplng, SinceThen, skad, slde, Snowbird, songfengxiaodian, spo, StarmerxShop, SUPER CAT, Super Deal Trade, superboxi, syso, Tangtangniu, Terry is World, The life store, TONGTONGTOP, toolou, tSmart , VILTECK, wangjinhua200810, wangshiwenwen, wangwanghongling, wangzhihui001, wanyuanyuan, was, Weijinyi, weizhongzhan, welfarenow, Wen bin shop, Wendy001, Whuyanqi, wislnr, wlo, wsy270799166@163.com, xiaoanhong, xiaofudianpu, xiaokuyox, xiaoxiaochongwustore, xiaoxiaozou, xiaoyingaiqiu, Xie Kaikui shop, xiejjy, xiufeidexindianbu, xuewei, ylanya, YouMengGo, Yue Meng Store, Yuhui store, Yunchan00, yy123456, zhangfengstore, zhengfacai, zhoucheng157, zhouxiaoran and zp123456, and on May 7, 2020 Plaintiff moved for a default judgment against these Defendants.  Dkt. 68, 70.  Upon consideration of these documents and the supporting Declaration of Brieanne Scully, Dkt. 71, it is hereby:

1

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **May 29, 2020** on the Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents with the Court.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **June 12, 2020**.

In light of the COVID-19 crisis, the Court will not have a conference and will instead resolve this matter on the papers.  If Defendants fail to file answering papers on Plaintiff by June 12, 2020, or fail to request an extension to do so, judgment may be entered for Plaintiff.

SO ORDERED.

Dated:   May 8, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge