USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDEAVILLAGE PRODUCTS CORP.

                              Plaintiff,

            v.

OHMYGOD 1, *et al.*,

                              Defendant.

18-CV-9999 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff Ideavillage Products Corp. brought this action against Defendants for selling counterfeit versions of its hair-removal products in infringement of its trademarks and copyrights. On November 17, 2020, the Court granted Plaintiff's motion for default judgment against all remaining Defendants except slde, superboxi, Terry is World, and YouMengGo, who had not yet been served with the Court's order regarding default. The Court ordered Plaintiff to advise the Court by December 1, 2020 whether it seeks to further litigate the claims against those four defendants.

      The Court has not since received any response from Plaintiff. No later than December 16, 2020, the parties shall file the requested letter. If, however, Plaintiff does not respond to this Order, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 2, 2020
              New York, New York

                                                    Ronnie Abrams
                                                  United States District Judge